1    ANN MILLER RAVEL, County Counsel (S.B. #62139)
     MICHAEL L. ROSSI, Deputy County Counsel (S.B. #184997)
2    MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. # 215814)
     MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
3    OFFICE OF THE COUNTY COUNSEL
     70 West Hedding Street, East Wing, Ninth Floor
4    San Jose, California 95110-1770
     Telephone: (408) 299-5900
5
     Attorneys for Defendants
6    COUNTY OF SANTA CLARA,
     THOMAS BOTTS, JACQUELINE
7    CREAGER, SHARON BURGAN, and
     DAVID FAMBRINI
8

9

10                      UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                          (San Jose Division)
                                                    *E-FILED - 11/15/05*
12

13   CHRISTINE HARWOOD individually    )   No.         C05 01115 RMW (PVT)
     and as Guardian Ad Litem for ROBERT )
14   HARWOOD and RICHARD               )   **STIPULATION TO EXTEND**
     HARWOOD,                          )   **DEADLINE FOR MEDIATION**
15                                     )   **[Fed. ADR Local Civ. R. 6-5, Local Civ. R. 7]**
             Plaintiffs,               )   AND ORDER
16                                     )
     v.                                )
17                                     )
     COUNTY OF SANTA CLARA,            )
18   THOMAS BOTTS, individually and as )
     an employee of the COUNTY OF SANTA)
19   CLARA; DAVID FAMBRINI,            )
     individually and as an employee of the )
20   COUNTY OF SANTA CLARA;            )
     JACQUELINE CREAGER, individually  )
21   and As an employee of the COUNTY OF )
     SANTA CLARA, SHARON BURGAN,       )
22   individually and as an employee of the )
     COUNTY OF SANTA CLARA, Does       )
23   1-20 inclusive,                   )
                                       )
24           Defendants.               )
                                       )
25   _____)

26       The parties hereby stipulate that time may be extended to conduct mediation in the above-

27   captioned matter. This extension is necessitated by the availability of both parties and the

28   / / /

1 | mediator, Jerry Fong, Esq.  The date currently set for mediation is December 8, 2005.

2 | IT IS SO STIPULATED.

3 | Dated:  October __, 2005            By: _____

4 |                                    ROBERT POWELL, ESQ.
Attorney for Plaintiff
CHRISTINE HARWOOD

5 |

6 | Dated:  October 27, 2005          By: _____/S/_____

7 |               MICHAEL L. ROSSI
Attorney for Defendants
COUNTY OF SANTA CLARA,

8 |        THOMAS BOTTS, JACQUELINE
CREAGER, SHARON BURGAN, and

9 |        DAVID FAMBRINI

10 | IT IS SO ORDERED.

11 | Dated:  October __, 2005            By: _____

12 |             HON. RONALD M. WHYTE
United States District Court

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 | S:\Main\Litigation\Harwood\Pleadings\stip extend med.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

1   mediator, Jerry Fong, Esq.  The date currently set for mediation is December 8, 2005.

2   IT IS SO STIPULATED.

3   Dated: Dated: October 27, 2005          By: _____
                                                ROBERT POWELL, ESQ.
4                                               Attorney for Plaintiff
                                                CHRISTINE HARWOOD
5

6   Dated: Dated: October ___, 2005          By: _____
                                                MICHAEL L. ROSSI
7                                               Attorney for Defendants
                                                COUNTY OF SANTA CLARA,
8                                               THOMAS BOTTS, JACQUELINE
                                                CREAGER, SHARON BURGAN, and
9                                               DAVID FAMBRINI

10  IT IS SO ORDERED.

11  Dated: Dated: October Nov. 15, 2005        By: /s/ Ronald M. Whyte
                                                _____
12                                              HON. RONALD M. WHYTE
                                                United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  S:\Mjmil\litigation\Harwood\Pleadings\stip-extend med.wpd

HY MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California