ROBERT R. POWELL, ESQ.
DENNIS R. INGOLS, ESQ.
THE LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California  95126
T: 408-553-0200
F: 408-553-0203

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# ( SAN JOSE DIVISION )

*E-FILED - 12/22/05*

| | |
|---|---|
| CHRISTINE HARWOOD, et al. | Case No. CV 05-01115 RMW |
| Plaintiffs, | |
| vs. | STIPULATION OF THE PARTIES AND ORDER OF THE COURT RE: CONTINUE MEDIATION DATES |
| COUNTY OF SANTA CLARA, et al., | Federal ADR Local Rules 6-5, 7 |
| Defendants. | |

The parties hereto, by and through their respective counsel, and the court appointed mediator in the above-entitled action, based on the considerations noted below, do hereby stipulate and agree as set forth below, and request this court order same.

Based on calendar conflicts of counsel and a voluminous amount of records which must be copied and exchanged between counsel, which process has begun but has not yet been completed, and in consideration of the holiday schedules of the parties, counsel, and the mediator, the parts stipulate as follows;

1

1. The mediation in this matter currently set for January 13th, 2005, is continued to 9:00 a.m. in the offices of mediator (Jerry Fong – Carey & Carey) on January 20th, 2005.

2. The last day to submit mediation briefs to Mr. Fong shall be January 11th, 2005.

**IT IS SO STIPULATED.**

_____/s/_____ 12/1/05     _____/s/_____ 12/2/05
Robert R. Powell Esq.                             Michael L Rossi Esq.
Attorney for Plaintiffs                           Attorney for County of Santa Clara,
                                                  Thomas Botts, Jacqueline Craeger,
_____/s/_____ 12/13/05   Sharon Burgan, David Fambrini
Jerry Fong Esq.
Mediator By Court Appointment

### ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefore, the court herey adopts the stipulation of the parties as an order of this court.

**IT IS SO ORDERED**.

Date: 12/ 22 /05

                                        /S/ RONALD M. WHYTE
                                        JUDGE RONALD M. WHYTE
                                        U.S. District Court for the Northern
                                        District of California

Stipulation Extend Mediation
Harwood v. Santa Clara et al
U.S. Dist. Ct. – San Jose
Case No. **CV 05-01115 RMW**