| | |
|---|---|
| 1 | **ROBERT R. POWELL ESQ.** |
| | **DENNIS R. INGOLS, ESQ.** |
| 2 | **LAW OFFICES OF ROBERT R. POWELL** |
| 3 | 925 West Hedding Street |
| | San Jose, California 951126 |
| 4 | T: 408-553-0200 |
| | F: 408-553-0203 |
| 5 | |
| 6 | Attorneys for Plaintiffs |
| 7 | **ANN MILLER RAVEL, County Counsel** (S.B. #62139) |
| | **MARCY L. BERKMAN, Deputy County Counsel** (S.B. #151915) |
| 8 | **MICHAEL L. ROSSI, Deputy County Counsel** (S.B. #184997) |
| | **OFFICE OF THE COUNTY COUNSEL** |
| 9 | 70 W. Hedding St., East Wing, Ninth Floor |
| | San Jose, CA 95110-1705 |
| 10 | T: 408-299-5900 |
| 11 | F: 408-292-7240 |
| 12 | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San José Division)

*E-FILED - 12/22/05*

| | |
|---|---|
| CHRISTINE HARWOOD, et al., ) | Case No. CV 05-01115 RMW |
| ) | |
| Plaintiffs, ) | **JOINT CASE MANAGEMENT** |
| ) | **CONFERENCE STATEMENT** |
| vs. ) | **AND ORDER** |
| ) | CMC Date: December 16, 2005 |
| SANTA CLARA COUNTY, et al ) | Time: 2:00 p.m. |
| ) | Dept. 5 |
| Defendants. ) | |
| ) | |

 The parties to the above-entitled action jointly submit this supplemental Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

1

I.  **CURRENT STATUS OF THE CASE**

The case was originally scheduled for mediation with Mr. Jerry Fong of Carey & Carey on December 5th, 2005, however, due to a significant amount of discovery that counsel had to exchange being delayed in copy and distribution, as well as difficulties in scheduling the deposition of an individually-named defendant, the parties agreed to a continuance of the mediation to January 13th, 2005.

Due to a calendar conflict imposed upon defense counsel in another federal case, and the impact of the times away from the office during the holidays, as well as the inability to depose the individual defendant plaintiffs sought to depose – again due to the holidays – the parties have agreed and are currently circulating a Stipulation and Order of the Court requesting that the mediation be continued to January 20th, 2005.

In addition, the parties have been discussing settlement in good faith, and the County is currently considering a settlement offer from plaintiffs.

II.  **REQUESTED ORDERS**

Counsel requests that the court continue the currently scheduled CMC to a date after January 20th, 2006, so that the mediation can be completed and any efforts at informal settlement of this matter exhausted.  Counsel are cooperating in the exchange of documents and information, and working cooperatively in the scheduling of depositions.  Should they be unable to resolve matters prior to the continued CMC they will appear at the designated time prepared to

agree upon discovery and motion cut-off dates, as well as trial.

Date: 12/5/05                                               /s/
                                              ROBERT POWELL ESQ.
                                              Attorney for Plaintiffs

Date: 12/6/05                                               /s/
                                              MICHAEL ROSSI ESQ.
                                              Deputy Santa Clara County Counsel
                                              Attorney for Defendants

## CASE MANAGEMENT ORDER

1.  This matter will be set for further CMC on February 10, 2006, at which time counsel shall appear and determine in consultation with the court all appropriate discovery cut-off, pre-trial, and trial dates.

**IT IS SO ORDERED**.

Date: 12/ 22 /05                              /S/ RONALD M. WHYTE
                                              JUDGE RONALD M. WHYTE
                                              United States District Court Judge
                                              Northern District Of California

JOINT CMC STATEMENT
HARWOOD V. SANTA CLARA COUNTY
(Case No. CV-05-01115RMW)